**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————————

No. 25-13605

Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

LUIS ANGEL CAMPUZANO,

*Defendant-Appellant.*

————————————————

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 3:24-cr-00032-TES-CHW-2

————————————————

Before JILL PRYOR, ROSENBAUM, and KIDD, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993)

2                        Opinion of the Court                    25-13605

(sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error); *United States v. Read*, 118 F.4th 1317, 1320-22 (11th Cir. 2024) (waiver of the right to appeal includes the waiver of the right to make a procedural due process challenge to the oral imposition of the sentence).